IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-708-GCM

| | |
|---|---|
| FELICIA MARCHMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SECURITAS SECURITY SERVICES ) | |
| USA, INC., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on Defendant's Motion to Compel Discovery Responses and for Sanctions [Doc. No. 15], Plaintiff's response [Doc. No. 17], and Defendant's reply [Doc. No. 18]. The matter, fully briefed by both parties, is ripe for determination. For the reasons set forth below, the Court will GRANT Defendant's Motion to Compel Discovery and will DENY Defendant's request for sanctions.

On March 25, 2013, Defendant filed the instant Motion to Compel Discovery. In response, on April 1, 2013, Plaintiff Felicia Marchmon, who is *pro se* in this case, filed a Response enclosing "preliminary responses" to Defendant's First Set of Interrogatories and First Request for Production of Documents. Plaintiff's responses were served more than a month overdue and contained numerous objections, despite the fact that Plaintiff waived her right to object when she failed to timely respond to the discovery requests. In her response, Plaintiff also states that "[a]ny additional responses will be provided per the case management order [and that she] was not aware that she was required to comply with the deadlines imposed on her by the Defendants and the requests were mailed in accordance with the case management order."

1

Plaintiff is clearly under the mistaken belief that the discovery deadline contained in the case management order is the date by which she must respond to Defendant's discovery requests. However, the discovery deadline in the case management order is the date by which all discovery must be concluded. Any discovery propounded by either party must be responded to within the time limitations contained in the Federal Rules of Civil Procedure. Indeed, Rules 33 and 34 of the Federal Rule of Civil Procedure provide a thirty day time frame within which the party to whom discovery is directed must respond.

It is clear that Defendant propounded discovery and that Plaintiff did not respond within the time contemplated by the Federal Rules of Civil Procedure. Therefore, the Court will GRANT Defendant's Motion to Compel Discovery and direct that Plaintiff SHALL fully and completely respond to the Defendant's discovery requests within twenty (20) days of the date of this Order. Defendant's Motion for Sanctions is DENIED. However, the Court cautions Plaintiff that continued failure to timely respond to discovery requests will likely result in the Court imposing sanctions. The Court advises Plaintiff to become familiar with the Federal Rules of Civil Procedure if Plaintiff wishes to continue to represent herself.

**SO ORDERED**.

Signed: April 15, 2013

Graham C. Mullen
United States District Judge