IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-708-GCM

| | |
|---|---|
| FELICIA MARCHMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SECURITAS SECURITY SERVICES ) | |
| USA, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER comes before the Court on Defendant's Motion to Reconsider [Doc. No. 28]. Plaintiff asks this Court to reconsider allowing Plaintiff to object to Defendant's discovery requests. Plaintiff's Motion is denied for the reasons explained to Plaintiff in the Court's two previous Orders regarding discovery [Doc. Nos. 19 and 26]. The Court also notes that pursuant to the Pretrial Order and Case Management Plan [Doc. No. 13], all discovery was to be completed by July 1, 2013.

**SO ORDERED**.

Signed: July 8, 2013

Graham C. Mullen
United States District Judge