UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-708

| | | |
|---|---|---|
| **FELECIA MARCHMON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **SECURITAS SECURITY SERVICES,** | ) | |
| **USA, INC.,** | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on its own motion. Due to pending Motion for Summary Judgment, IT IS HEREBY ORDERED that the trial in this matter is **RE-SET** for the **February 10, 2014** trial term at 10:00 a.m. in Courtroom #3.

SO ORDERED.

Signed: October 3, 2013

Graham C. Mullen
United States District Judge